**No. 09-9403. James Lynn Nichols, Petitioner v. Georgia.**

559 U.S. 1110, 130 S. Ct. 2411, 176 L. Ed. 2d 930, 2010 U.S. LEXIS 3702, ■

May 3, 2010. Petition for writ of certiorari to the Supreme Court of Georgia denied.

Same case below, 285 Ga. 784, 683 S.E.2d 610.

**No. 09-9407. Bernard J. Mantzke, Petitioner v. Greg Province, Warden, et al.**

559 U.S. 1110, 130 S. Ct. 2413, 176 L. Ed. 2d 930, 2010 U.S. LEXIS 3781.

May 3, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 351 Fed. Appx. 293.

**No. 09-9408. David Render, Petitioner v. Corey Hall, et al.**

559 U.S. 1110, 130 S. Ct. 2413, 176 L. Ed. 2d 930, 2010 U.S. LEXIS 3846.

May 3, 2010. Petition for writ of certiorari to the Court of Appeals of Ohio, Hamilton County, denied.

**No. 09-9414. Lavell Thornton, Petitioner v. Illinois.**

559 U.S. 1110, 130 S. Ct. 2413, 176 L. Ed. 2d 930, 2010 U.S. LEXIS 3791.

May 3, 2010. Petition for writ of certiorari to the Appellate Court of Illinois, First District, denied.

Same case below, 393 Ill. App. 3d 1104, 368 Ill. Dec. 918, 985 N.E.2d 725.

**No. 09-9418. James Montell Chappell, Petitioner v. Nevada.**

559 U.S. 1110, 130 S. Ct. 2413, 176 L. Ed. 2d 930, 2010 U.S. LEXIS 3695.

May 3, 2010. Petition for writ of certiorari to the Supreme Court of Nevada denied.

Same case below, 281 P.3d 1160.

**No. 09-9422. Charles McKinley, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice Correctional Institutions Division.**

559 U.S. 1110, 130 S. Ct. 2413, 176 L. Ed. 2d 930, 2010 U.S. LEXIS 3769.

May 3, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 09-9423. Patrick Duray Portley-El, Petitioner v. Robert Steinbeck, et al.**

559 U.S. 1110, 130 S. Ct. 2414, 176 L. Ed. 2d 930, 2010 U.S. LEXIS 3858.

May 3, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 357 Fed. Appx. 204.

**No. 09-9425. Terry Joe Ormond, Petitioner v. Nevada.**

559 U.S. 1110, 130 S. Ct. 2414, 176 L. Ed. 2d 930, 2010 U.S. LEXIS 3750.

May 3, 2010. Petition for writ of certiorari to the Supreme Court of Nevada denied.